**CT Corporation**

**Service of Process Transmittal**
02/04/2014
CT Log Number 524334109

TO: Melissa M Bachelder
Fresenius Medical Care
920 WINTER ST, STE A
Waltham, MA 02451-1519

RE: **Process Served in Louisiana**

FOR: Bio-Medical Applications of Louisiana, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Addie Harper, Pltf. vs. Bio-Medical Applications of Louisiana, LLC, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request, Interrogatories and Request |
| **COURT/AGENCY:** | 1st Judicial District Court, Parish of Caddo, LA<br>Case # 573940C |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - On February 4, 2013 at 800 Buckner Street, Suite A100, Shreveport, LA |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/04/2014 at 09:00 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after you have received these documents |
| **ATTORNEY(S) / SENDER(S):** | Stephen T. Collins<br>Dudley Debosier Injury Lawyers<br>4340 Youree Drive<br>Shreveport, LA 71105<br>318-670-7365 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/04/2014, Expected Purge Date: 02/09/2014<br>Image SOP<br>Email Notification, Melissa M Bachelder melissa.bachelder@fmc-na.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Trevor Garoutte |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / RR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# Citation

km

HARPER, ADDIE

    VERSUS

BIO MEDICAL APPLICATIONS OF LOUISIANA L

NO. 573940-C
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA: TO  BIO MEDICAL APPLICATIONS OF
LOUISIANA LLC DBA SHREVEPORT
REGIONAL DIALYSIS CENTER
THRU CT CORPRATION SYSTEM, AGENT
5615 CORPORATE BLVD, STE 400B, 70808
of the Parish of EAST BATON ROUGE

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date January 10, 2014.

*Also attached are the following:
\_\_ REQUEST FOR ADMISSIONS OF FACTS
XX INTERROGATORIES
XX REQUEST FOR PRODUCTION OF DOCUMENTS
\_\_

GARY LOFTIN, CLERK OF COURT
MIKE SPENCE, CHIEF DEPUTY

By: _____
       Deputy Clerk

DUDLEY DEBOSSIER - 3545
       Attorney

NOTICE: ALL PARTIES ARE
EXPECTED TO COMPLY WITH
ALL LOCAL COURT RULES
INCLUDING BUT NOT LIMITED
TO RULE 12 OF FAMILY LAW
DIVISION RULES.

A TRUE COPY -- ATTEST

_____
       Deputy Clerk

-----------------------------------------------------------------

These documents mean you have been sued. Legal assistance is advisable and you should contact a lawyer immediately. If you want a lawyer and cannot find one, please call the Shreveport Lawyer Referral Service at 222-0720. The Shreveport Lawyer Referral Service is affiliated with the Shreveport Bar Association. If eligible, you may be entitled to legal assistance at no cost to you through Legal Services of North Louisiana, Inc; please call 222-7281 for more information.

    JUDGES AND COURT PERSONNEL, INCLUDING THE SHERIFF AND CLERK OF COURT EMPLOYEES, CANNOT GIVE LEGAL ADVICE.

    If you are a person with a disability, reasonable accomodation and assistance may be available to allow for your participation in the court proceedings. Please contact the Clerk of Court's office for more information.

**SERVICE COPY**

ADDIE HARPER                                   NUMBER: 573,940 - C

VERSUS                                         1ST JUDICIAL DISTRICT COURT

BIO-MEDICAL APPLICATIONS OF
LOUISIANA, LLC, dba, SHREVEPORT
REGIONAL DIALYSIS CENTER                       CADDO PARISH, LOUISIANA

## PETITION FOR DAMAGES

The petition of **ADDIE HARPER**, a resident and domiciliary of Shreveport, Caddo Parish, Louisiana, respectfully represents that:

1.00

Made defendant herein is:

(A) **BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, DBA, SHREVEPORT REGIONAL DIALYSIS CENTER**, a foreign limited liability company authorized to do and doing business in Shreveport, Louisiana and

(B) **THE UNKNOWN EMPLOYEE OF BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC.**

2.00

On February 4, 2013, **BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, DBA, SHREVEPORT REGIONAL DIALYSIS CENTER** was operating a business providing dialysis treatment located at 800 Buckner Street, Suite A100, Shreveport, Louisiana.

2.30

At all times pertinent herein, **BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, DBA, SHREVEPORT REGIONAL DIALYSIS CENTER** maintained the care, custody and control of the premises known as 800 Buckner Street, Suite A100, Shreveport, Louisiana as well as all equipment, appliances, and objects therein.

2.50

At all times pertinent herein, **THE UNKNOWN EMPLOYEE OF BIO-MEDICAL**

APPLICATIONS OF LOUISIANA, LLC was an employee of **BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, DBA, SHREVEPORT REGIONAL DIALYSIS CENTER.**

2.60

At all times pertinent herein, **THE UNKNOWN EMPLOYEE OF BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC** was acting in the course and scope of his employment with T **BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, DBA, SHREVEPORT REGIONAL DIALYSIS CENTER** by observing the condition of the floor, cleaning any spills or leaks of any fluids, and warning or otherwise protecting patrons at the above described location.

3.00

On February 4, 2013, **ADDIE HARPER** was a patron at **BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, DBA, SHREVEPORT REGIONAL DIALYSIS CENTER** and was scheduled to receive dialysis treatment there.

4.00

On February 4, 2013, **ADDIE HARPER** entered the above described premises and fell when she slipped in water or a similar substance on the floor.

4.10

**ADDIE HARPER** did not know of the presence of the water or similar substance until after she fell.

4.20

The presence of the water or similar substance on the floor created an unreasonable risk of harm to patrons by making the floor slippery.

4.30

The presence of the water or similar substance was created by the condition of the equipment, appliances or objects on or in the premises or by acts of employees.

4.40

**THE UNKNOWN EMPLOYEE OF BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC** either knew or should have known of the presence of the water or similar substance on the floor prior to the fall of **ADDIE HARPER.**

4.50

**THE UNKNOWN EMPLOYEE OF BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC** placed small pads in the floor in an inadequate attempt to soak up the water or similar substance prior to the fall of **ADDIE HARPER**.

4.60

**THE UNKNOWN EMPLOYEE OF BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC** failed to exercise reasonable care by either adequately cleaning the area or providing adequate warning of the water or similar substance prior to the fall of **ADDIE HARPER**

5.00

As a result of the above described accident, **ADDIE HARPER** sustained the following, among other, injuries:

a. General pain, soreness and stiffness;

b. Left hip and knee discomfort;

c. Displaced lateral femoral condyle fracture;

d. Surgical procedure known as open reduction internal fixation of left lateral femoral condyle with Periarticular Liss plate;

e. Postoperative staph infection;

f. Pressure sores and contractures from confinement while hospitalized and/or confined to a skilled nursing facility;

g. Avascular necrosis of the lateral femoral condyle with collapse of the articular surface;

h. Impingement of the hardware against the lateral portion of the tibial plateau;

i. Future degenerative post-traumatic arthritis requiring a total knee arthroplasty; and

j. Other injuries as may be shown at the trial of this matter.

6.00

As a result of the above described accident and injuries, **ADDIE HARPER** sustained the following, among other, damages:

a. Physical pain and suffering (past, present and future);

b. Loss of enjoyment of life (past, present and future);

c. Medical expenses (past, present and future);

d. Mental anguish, humiliation and embarrassment;

e. Emotional distress;

f. Interest; and

g. Court cost.

7.00

It will be necessary to use medical witnesses and expert witnesses at the trial of this matter and their fees together with any expenses for taking their depositions should be fixed and taxed as court cost.

8.00

Plaintiff further desires that this Honorable Court award general damages unto plaintiff to compensate her for her pain, suffering, inconvenience and mental anguish.

WHEREFORE, PLAINTIFF PRAYS THAT:

1. Defendants be served with a copy of this petition and duly cited to appear and answer same;

2. After due proceedings are had, there be judgment rendered herein in favor of plaintiffs and against defendants in solido for such damages as are reasonable in the premises, together with the maximum legal interest from date of judicial demand until paid, and for all costs of these proceedings;

3. Expert witness fees be fixed and taxed as costs; and

4. For full, general and equitable relief.

Respectfully submitted,

DUDLEY DEBOSIER INJURY LAWYERS

_____
STEPHEN T. COLLINS
Louisiana Bar Roll #14955
4340 Youree Drive
Shreveport, Louisiana 71105
Telephone: (318) 670-7365
Fax: (318) 670-7417
ATTORNEY FOR PLAINTIFF

SERVICE INFORMATION:

ENDORSED FILED
ERIC BRUMLEY, Deputy Clerk

JAN 09 2014

A TRUE COPY - Attest
CADDO PARISH DEPUTY CLERK

**BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, DBA, SHREVEPORT REGIONAL DIALYSIS CENTER**
Through it's registered agent for Service of Process:
  CT Corporation System
  5615 Corporate Blvd., Ste 400B
  Baton Rouge, LA 70808

ADDIE HARPER

VERSUS

BIO-MEDICAL APPLICATIONS OF
LOUISIANA, LLC, dba, SHREVEPORT
REGIONAL DIALYSIS CENTER

NUMBER:

1ST JUDICIAL DISTRICT COURT

CADDO PARISH, LOUISIANA

## REQUEST FOR TEN DAYS NOTICE OF SETTINGS AND NOTICE OF JUDGMENT

Petitioners request they be given a minimum of ten (10) days written notice in advance, through their attorney of record, STEPHEN T. COLLINS, Dudley DeBosier Injury Lawyers, 4340 Youree Drive, Shreveport, Louisiana. 71105, in accordance with articles 1572, 1913 and 1914 of the Louisiana Code of Civil Procedure, of the date that this cause is to be fixed for trial, settings of argument, motions, or hearings, and notice of judgment or partial judgment.

Respectfully submitted,

DUDLEY DeBOSIER INJURY LAWYERS

By: _____
Stephen T. Collins, Louisiana Bar Roll 14955
4340 Youree Drive
Shreveport, Louisiana 71105
Telephone: (318) 670-7365
Facsimile: (318) 670-7417

ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| ADDIE HARPER | NUMBER: |
| VERSUS | 1ST JUDICIAL DISTRICT COURT |
| BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, dba, SHREVEPORT REGIONAL DIALYSIS CENTER | CADDO PARISH, LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, dba, SHREVEPORT REGIONAL DIALYSIS CENTER

Plaintiff hereby requests that you answer separately and fully, in writing under oath, each of the following interrogatories and request for production of documents in accordance with Louisiana Code of Civil Procedure. These interrogatories are continuing in character and require you to file supplementary answers if you obtain further or different information after your initial answers and before trial, including in such supplemental answers the date upon and the manner in which such further or different information came to your attention.

**DEFINITIONS:** As used in these interrogatories, the terms listed below are defined as follows:

(A) "You", "your", or "yourself" means defendant, **BIO-MEDICAL APPLICATIONS OFLOUISIANA, LLC, dba, SHREVEPORT REGIONAL DIALYSIS CENTER** and all other persons acting or purporting to act on his/her behalf.

(B) "Plaintiff(s)" means BETTY GARNER, and all other persons acting or purporting to act on their behalf.

(C) "Document" or "documents" mean any writing of any kind including originals and all nonidentical copies (whether different from the originals by reasons of any notation made on such copies or otherwise), including without limitation, agreements, cables, correspondence, memoranda, notes, desk calendars, diaries, statistics, letters, telegrams, minutes, contract s, reports, studies, checks, invoices, statements, receipts, returns, warranties, guarantees, summaries, pamphlets, books,

prospectuses, interoffice and intraoffice communications, offers, notations, or any sort of conversations, bulletins, magazines, publications, printed matter, photographs, computer printouts, telex, teletypes, telefax, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments, of any of the foregoing, tapes, tape recordings, transcripts, graphic or aural records, or representations of any kind, and electronic, mechanical or electric records or representations of any kind, of which you have knowledge or which are now or were formerly in you actual or constructive possession, custody or control.

(D) "Relates to", "regarding", "concerning" mean supports evidences, describes, mentions, refers to, contradicts or compromises.

(E) "Person", "individual" or "entity" means any natural person, firm, corporation, partnership, proprietorship, joint venture, organization, group of natural person, or other association, separately identifiable, whether or not such association has a separate legal existence in its own right.

(F) The terms "identify", "state" and "described";

 (1) When used in reference to an individual, shall mean to state his full name, present or last known residence, business affiliation and business address, and relation, if any, to you;

 (2) When used in reference to a corporation shall mean to state its full name, its state of incorporation and its principal place o f business;

 (3) When used in reference to a person other than an individual or corporation, shall mean to state its official name, its organizations chart form and its address;

 (4) When used in reference to a document, shall mean to state the type of document, date, author, address and title; its present location, name and address of its custodian, and the substance of the contents thereof; and

 (5) When used in reference to any act, occurrence, occasion, meeting, transaction, or conduct, shall mean to set forth event(s) constituting such act, its location, the date and persons participating, present or involved, and

the documents relating or referring to any way thereto.

## INSTRUCTIONS

(A) With respect to each interrogatory, in addition to supplying the information asked for and identifying the specific documents referred to, identify all documents which were referred to in preparing your answer thereto.

(B) If any document identified in answer to an interrogatory was but is no longer in your possession, or subject to your custody or control, or was known to you, but is no longer in existence state what disposition was made of it or what became of it.

(C) If any interrogatory is deemed to call for the disclosure of privileged matters or materials and such privilege is asserted, a list is to be furnish identifying each matter alleged to be privileged with the following information:

    (1) The reason for withholding; and

    (2) A statement of the facts constituting the basis for any claim of privilege, work product, or other ground of nondisclosure.

## INTERROGATORIES

### INTERROGATORY NUMBER ONE:

Please state your full name, residential address, business or occupation, and business address.

### INTERROGATORY NUMBER TWO:

Were you the owner of the business known as Shreveport Regional Dialysis Center on February 4, 2013?

### INTERROGATORY NUMBER THREE:

Did you either own or lease all of the equipment located at 800 Buckner Street, Suite A100, Shreveport, La. 71101? Please list all equipment on said premises which was leased by you and for each such piece of equipment list the person responsible for maintaining it.

### INTERROGATORY NUMBER FOUR:

Please list the name of each and every employee that worked at said location on February 3rd and/or 4th, 2013 and for each person state the date and time worked, their duties and job title and their last known address and phone number.

## INTERROGATORY NUMBER FIVE:

Was Addie Harper present at the above address on Februray 4, 2013?.

## INTERROGATORY NUMBER SIX:

Did Addie Harper fall on February 4, 2013 while at the above address? If so:

a. Was an incident report done?

b. Who has custody of the incident report?

c. Who wrote the incident report? If more than one person, name all persons contributing thereto.

d. Produce a copy of said incident report. If objected to, produce a copy of all parts of said incident report written by Ms Harper, signed by Ms Harper or attributed to Ms.Harper.

e. List all persons know to you to be a witness to Ms. Harper's fall and give the last known address and phone number for each.

f. List all persons who assisted Ms. Harper in any way after she fell and give the last know address and phone number for each.

g. If any person identified any foreign substance on the floor in the vicinity of and at the time of Ms. Harper's fall, list each such person by name, last know address and phone number and what they identified the substance as.

h. If known, state the source of any such substance.

## INTERROGATORY NUMBER SEVEN:

For any and all substances identified in Interrogatory Number 6 did any employee know that the substance was on the floor prior to Ms. Harper's fall?

a. If so, identify that employee by name and last known address and phone number and when did that employee first become aware of said substance?

b. What efforts were made to clean up the substance prior to and/or after Ms. Harper's fall?

c. What efforts were made to warn patrons of the substance prior to and/or after Ms. Harper's fall?

## INTERROGATORY NUMBER EIGHT:

Was Ms Harper injured to any extent when she fell on the above reference date and location?

## INTERROGATORY NUMBER NINE:

Did any of your employees believe Ms Harper may have been injured when she fell at the above referenced time and date? If so, please list by name and last known address and phone number.

## INTERROGATORY NUMBER TEN:

Did any employee assist Ms. Harper after she fell, including by call emergency medical services or an ambulance? Identify those persons by name and last known address and phone number.

## INTERROGATORY NUMBER ELEVEN:

On the date referenced above were any video cameras being used at the Buckner Street facility referenced above? If so, please produce a copy of the video from 30 minutes before Ms. Harpers fall until 30 minutes after.

## INTERROGATORY NUMBER TWELVE:

Please list all policies of insurance by name on insurer, address and phone number of insurer and policy number maintained by you which will or may provide coverage for the incident sued upon herein.

Shreveport, Caddo Parish, Louisiana, this the _____ day of January, 2014.

Respectfully submitted:

_____
DUDLEY DEBOSIER
Stephen T. Collins, La. Bar Roll No. 14955
Attorney for Plaintiff
4340 Youree Drive
Shreveport, Louisiana   71105
Telephone: (318) 670-7365
Telefax:    (318) 670-7417

## PLEASE SERVE WITH PETITION FOR DAMAGES

## 1ST JUDICIAL DISTRICT COURT

## PARISH OF CADDO

## STATE OF LOUISIANA

| | |
|---|---|
| ADDIE HARPER | * NUMBER: 573,940 |
| VERSUS | * SECTION: "C" |
| BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC, dba, SHREVEPORT REGIONAL DIALYSIS CENTER | * * * * |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes Bio-Medical Applications of Louisiana, LLC, dba Shreveport Regional Dialysis Center ("BMA"), which, on suggesting to the Court that this defendant needs additional time to answer the plaintiff's Petition for Damages, and moves for a fifteen (15) day extension of time in which to file responsive pleadings. Mover requires additional time to investigate the matter prior to filing responsive pleadings and respectfully suggests that the requested extension will not prejudice any party nor unduly delay the progress of the litigation.

Mover was served with the Petition for Damages on February 4, 2014, and the citation requires the filing of responsive pleadings on or before February 19, 2014. Mover requests an extension until March 6, 2014, and prays for such relief.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: _____
John S. Campbell, Jr., Bar # 3826
John A. Milazzo, Jr., Bar # 35249
451 Florida Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

**Attorneys for Bio-Medical Applications of Louisiana, LLC, dba Shreveport Dialysis Center**

665537.1

## – CERTIFICATE –

I hereby certify that a copy of the foregoing was served via U.S. Mail, postage prepaid to counsel for the plaintiff at the following address:

Stephen T. Collins
3230 Youree Drive
Shreveport, LA 71105

Baton Rouge, Louisiana, this 19 day of February, 2014.

John A. Milazzo, Jr.

1ST JUDICIAL DISTRICT COURT

PARISH OF CADDO

STATE OF LOUISIANA

| | |
|---|---|
| ADDIE HARPER | * NUMBER: 573,940 |
| | * |
| VERSUS | * SECTION: "C" |
| | * |
| BIO-MEDICAL APPLICATIONS OF | * |
| LOUISIANA, LLC, dba, SHREVEPORT | * |
| REGIONAL DIALYSIS CENTER | * |

## ORDER

Considering the foregoing Motion for Extension of Time filed by Bio-Medical Applications of Louisiana, LLC, dba Shreveport Regional Dialysis Center:

**IT IS HEREBY ORDERED** that Bio-Medical Applications of Louisiana, LLC, dba Shreveport Regional Dialysis Center is granted until March 6, 2014 in which to file responsive pleadings to plaintiff's Petition for Damages.

Shreveport, Louisiana, this ___ day of February, 2014.

JUDGE MICHAEL PITMAN

_____
Judge, 1st Judicial District Court

ENDORSED FILED
STACY HENINGTON, Deputy Clerk

FEB 21 2014

A TRUE COPY Attest
CADDO PARISH DEPUTY CLERK

665537.1

- 3 -