UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| ADDIE HARPER | * | CIVIL ACTION NO. 5:14-CV-00479 |
|---|---|---|
| | * | |
| VERSUS | * | |
| | * | JUDGE: HICKS |
| BIO-MEDICAL APPLICATIONS OF | * | |
| LOUISIANA, LLC, dba, SHREVEPORT | * | |
| REGIONAL DIALYSIS CENTER | * | MAG. JUDGE: HORNSBY |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, ADDIE HARPER, who, upon suggesting to this Honorable Court, that she has reached a compromise settlement with defendant, BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC dba SHREVEPORT REGIONAL DIALYSIS CENTER, and respectfully requests that this Honorable Court dismiss her Petition for Damages in its entirety, with prejudice.

                 DUDLEY DeBOSIER INJURY LAWYERS

                 BY: /s/ Stephen T. Collins
                   Stephen T. Collins (Bar #14955)
                   4340 Youree Drive
                   Shreveport, LA 71101
                   Telephone: (318) 670-7365
                   Facsimile: (318) 670-7417

                 Attorneys for Plaintiff, Addie Harper

TAYLOR, PORTER, BROOKS & PHILLIPS, LLP

BY: /s/ John Stone Campbell, III
John Stone Campbell, III (Bar #23674)
Post Office Box 2471
Baton Rouge, LA  70821-2471
Telephone:	(225) 387-3221
Facsimile:	(225) 346-8049

Attorneys for Defendant,
Bio-Medical Applications of Louisiana, LLC