UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| ADDIE HARPER | * | CIVIL ACTION NO. 5:14-CV-00479 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: HICKS |
| BIO-MEDICAL APPLICATIONS OF | * | |
| LOUISIANA, LLC, dba, SHREVEPORT | * | |
| REGIONAL DIALYSIS CENTER | * | MAG. JUDGE: HORNSBY |

ORDER

CONSIDERING THE ABOVE AND FOREGOING JOINT MOTION TO DISMISS:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the case of plaintiff, ADDIE HARPER, against defendant, BIO-MEDICAL APPLICATIONS OF LOUISIANA, LLC dba SHREVEPORT REGIONAL DIALYSIS CENTER, be and is hereby dismissed, with prejudice.

THUS DONE AND SIGNED on this the __23__ day of September, 2015.

Judge, United States District Court
Western District of Louisiana
Shreveport Division